IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED MAR 1 8 2003
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OK
BY _____ DEPUTY

DOCKETED

| | | |
|---|---|---|
| LARRY YARBROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV-03-233-L |
| | ) | |
| ARD GATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTER ORDER:

The Order dated March 3, 2003, granting Plaintiff *In Forma Pauperis* is vacated as moot as the Court's records reflect Plaintiff has paid the $150.00 filing fee.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE GARY M. PURCELL.

ROBERT D. DENNIS, Clerk

By: _____

Dated: 3/18/03
Copies to parties of record