IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LARRY YARBROUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )     CIV-03-233-L |
| | ) |
| ARD GATES, et al., | ) |
| | ) |
| Defendants. | ) |

ENTER ORDER:

Plaintiff's Motion for Extension of Time is Granted in part and Denied in part in that he is granted an additional thirty (30) days from the date of this order or until June _19_, 2003, to respond to Defendants' motion. Plaintiff is again referred to the Order entered on April 29, 2003, and Plaintiff is advised that failure to comply with this Order may result in a recommendation that Plaintiff's cause of action be dismissed without prejudice to refiling.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE GARY M. PURCELL.

ROBERT D. DENNIS, Clerk

By: _____

Dated: _5/19/03_
Copies to parties of record