IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
JUL 1 7 2003
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY_____ DEPUTY

DOCKETED

LARRY YARBROUGH, )
)
Plaintiff, )
)
vs. ) CIV-03-233-L
)
ARD GATES, et al., )
)
Defendants. )

## ORDER

On July 17, 2003, Larry Yarbrough, Plaintiff Pro se, filed for a request for an enlargement of time for thirty (30) days from July 16, 2003, to file a objection in the above-styled case.

The objection was due to be filed July 16, 2003.

After examination of the MOTION FOR ENLARGEMENT OF TIME presented to the clerk of this Court, the Court grants enlargement.

THEREFORE, the plaintiff is hereby **GRANTED** thirty (30) days from July 16, 2003, or until August 15, 2003, to file objection in this matter.

**IT IS SO ORDERED** this 17th day of July, 2003.

Tim Leonard
UNITED STATES DISTRICT JUDGE