IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LARRY YARBROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-03-233-L |
| | ) | |
| ARD GATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **J U D G M E N T**

Pursuant to the Order issued this date, Count One of the Complaint is dismissed **without prejudice**. Counts Two, Three, Four, Five, and Six are dismissed **with prejudice** with respect to all defendants except defendant Ray Shimanek. Count Four is dismissed **without prejudice** with respect to defendant Shimanek.

It is so ordered this <u>2nd</u> day of March, 2004.

_____
TIM LEONARD
United States District Judge

Entered in Judgment on 03-02-04